## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

TAVIA WAGNER,                                    Case No.:  6:25-cv-00157-GAP-LHP
     Plaintiff,

vs.

LONGWOOD LAKES, LTD., and
OUR BAR, INC., d/b/a SHOVELHEAD
LOUNGE, et al.,
     Defendants.

_____/

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
### (as to Defendant Our Bar, Inc. d/b/a Shovelhead Lounge only)

Plaintiff, Tavia Wagner, by and through the undersigned counsel, hereby files this Notice of Voluntary Dismissal without prejudice of this action as to Defendant Our Bar, Inc. d/b/a Shovelhead Lounge only pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

**Dated: March 18, 2025.**

By: /s/ Anthony T. Litsch III
Anthony T. Litsch III
1368 Turnbull Bay Road, Suite 303
New Smyrna Beach, FL 32168
Phone: (386) 409-7252
Email: bb_litsch4@att.net
Email: anthonytlitschiii@gmail.com
Florida Bar #0084437
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 18, 2025, the foregoing document was electronically filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record. Any party not registered with the CM /ECF system will receive a copy by other means.

By: /s/ Anthony T. Litsch III
Anthony T. Litsch III
Attorney for Plaintiff