**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

TAVIA WAGNER,

    Plaintiff,

v.      Case No:   6:25-CV-157-GAP-LHP

LONGWOOD LAKES LTD., and
OUR BAR, INC., d/b/a
SHOVELHEAD LOUNGE,

    Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon consideration of the Notice of Voluntary Dismissal without Prejudice (Doc. 19) as to Defendant Our Bar, Inc. d/b/a Shovelhead Lounge, and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed without prejudice as to Defendant Our Bar, Inc., d/b/a Shovelhead Lounge, each party to bear its own fees and costs.  Any pending motions relating to Defendant Our Bar, Inc. d/b/a Shovelhead Lounge are **DENIED** as moot.  The Clerk is directed to terminate Our Bar, Inc. d/b/a Shovelhead Lounge.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on March 18, 2025.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party