# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

TAVIA WAGNER,   CASE No.: 6:25-cv-00157-GAP-LHP
    Plaintiff,

vs.

LONGWOOD LAKES LTD,
    Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Tavia Wagner, and Defendant, Longwood Lakes LTD, hereby notify the Court that they have resolved the matters in controversy in this action between them. It is anticipated that Plaintiff, Tavia Wagner, will file a Notice of Voluntary Dismissal with Prejudice of the case. **Dated: April 22, 2025.**

By: /s/ Anthony T. Litsch III
Anthony T. Litsch III
1368 Turnbull Bay Road, Suite 303
New Smyrna Beach, FL 32168
Phone: (386) 409-7252
Email: bb_litsch4@att.net
Email: anthonytlitschiii@gmail.com
Florida Bar #0084437
Attorney for Plaintiff

By: /s/ Todd M. Hoepker
Todd M. Hoepker
Florida Bar No. 507611
Todd M. Hoepker, P.A.
Post Office Box 3311
Orlando, FL 32802
Phone: (407) 426-2060
Email: toddhoepker@hoepkerlaw.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 22, 2025, the foregoing document was electronically filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

                                          By: /s/ Anthony T. Litsch III
                                                Anthony T. Litsch III
                                                Attorney for Plaintiff